Roosevelt McKay, Appellant, v. Jack Ellis and Anna Ellis, also known as Anna Walton, Appellees.

Gen. No. 44,615.

opinion filed April 4, 1949; released for publication May 17, 1949. Morris A. Haft, for appellant; Harry B. Aron, of counsel; no appearance for appellees. Opinion by JUSTICE NIEMEYER. Not to be published in full.